**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                        Case No.   1:21-cv-1412-NGG-JRC

                    Plaintiff,

- against -

ORIGINAL INC.,

                    Defendants.
-------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Original Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
       July 28, 2021

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                          By: */s/Dan Shaked*

**So Ordered.**
                                              Dan Shaked, Esq.
s/Nicholas G. Garaufis                      14 Harwood Court, Suite 415
**Hon. Nicholas G. Garaufis**              Scarsdale, NY 10583
**Date:** 8/16/21                                      Tel. (917) 373-9128
                                              Fax (718) 704-7555
                                              e-mail: ShakedLawGroup@Gmail.com